# RICHARD CARDINALE
ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4701
E-mail: richcardinale@gmail.com

August 9, 2016

The Honorable Marilyn Dolan Go
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re: *Arthur v. City of New York, et al.,* 15 CV 5267 (ILG) (MDG)

Your Honor:

    I represent the plaintiff in this civil rights case. I write to inform the Court that the parties have reached a settlement agreement. A stipulation of discontinuance will be filed after my client signs the City's settlement paperwork, which I expect will be sometime next week.

    Respectfully,

    /s/

    Richard Cardinale

Copy: Ariel Lichtermnan