```
                                           FILED
                                      IN CLERK'S OFFICE
                                    US DISTRICT COURT E.D.N.Y.
```

UNITED STATES DISTRICT COURT ★ SEP 06 2016 ★
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- BROOKLYN OFFICE

ROGER ARTHUR,

                                                             **STIPULATION AND**
                                  Plaintiff,   **ORDER OF DISMISSAL**

-against-                                  15-CV-5267 (ILG) (MDG)

THE CITY OF NEW YORK, POLICE OFFICER ANTHONY
DENATALE (tax #952282), POLICE OFFICER STEVEN
COSENTINO (tax #948816), OFFICER ANTHONY
RUBILOTTA (shield #1076), DETECTIVE MICHAEL
BURKE (tax #929800), DETECTIVE EDWARD
PATTERSON (shield #6786),

                                                    Defendants.

----------------------------------------------------------------- x

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

RICHARD CARDINALE
*Attorney for Plaintiff*
26 Court Street, Suite #1815
Brooklyn, New York 11242
718-624-9391

By: _____/s/_____
Richard Cardinale
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York,
 Denatale, Cosentino, Rubilotta, Burke,
 and Patterson*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____/s/_____
Ariel S. Lichterman
*Assistant Corporation Counsel*

SO ORDERED:

_____/s/_____
HON. I. LEO GLASSER, SR.
UNITED STATES DISTRICT JUDGE

Dated: 9/2, 2016